

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2019

No. 04-19-00128-CV

Rajah **JEFFERS,**
Appellant

v.

**HOUSING AUTHORITY OF THE CITY OF SAN ANTONIO,**
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019CV00800
The Honorable John Francis Davis, Judge Presiding

# O R D E R

Appellant's brief was due May 3, 2019. Neither the brief nor a motion for extension of time has been filed.

We therefore **ORDER** appellant to file, **on or before May 31, 2019,** his appellant's brief and a written response reasonably explaining his failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court